UNITED STATES *v.* DIAMOND, ALIAS DUMANUS, THORNSON AND SLATER, ET AL.

No. 771. Decided April 7, 1958.

*Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

*Robert L. Brock* for David Diamond, respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is affirmed.